UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

JOHN A. OLAGUES                                                    CIVIL ACTION

VERSUS                                                                  NO. 18-9914

XAVIER BECERRA, *et al.*                                       SECTION: M (2)

## ORDER

Plaintiff John A. Olagues ("Olagues") has filed numerous lawsuits in courts around the country, including eleven pervious cases filed in this Court since 2003.  On November 16, 2009, another Section of this Court ordered that "Olagues shall not file any further pleadings in the United States District Court for the Eastern District of Louisiana without first obtaining the permission of a judge of this Court to file the pleading."  *Olagues v. Klien*, Civil Action No. 09-3092, R. Doc. 24 (E.D. La.).  On October 24, 2018, Olagues filed a Motion for Permission to File a Petition for Declaratory Judgment in which he names various defendants who all have connections to California.  The petition is based on the same facts as an action Olagues filed in the United States District Court for the Northern District of California, which ended with a dismissal of all claims and a declaration that Olagues is a "vexatious litigant" required "to obtain leave of court before filing any further actions in the Northern District of California relating to his arrest and prosecution in Marin County, California." *Olagues v. Marin District Attorney*, Civil Action 14-818 (N.D. Cal.) (R. Doc. 65 at 12).  Accordingly,

IT IS ORDERED that the Motion for Permission to File is DENIED.

New Orleans, Louisiana, this 26th day of October 2018.

BARRY W. ASHE
UNITED STATES DISTRICT JUDGE